EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Diana M. Santiago García | 2010 TSPR 26 <br><br> 178 DPR _____ |

Número del Caso: TS-13-622

Fecha: 26 de febrero de 2010

Abogado de la Parte Peticionaria:

      Lcdo. Jesús A. Rodríguez Urbano

Oficina de Inspección de Notarías:

      Lcda. Lourdes I. Quintana Lloréns
      Directora

Materia: Reinstalación al ejercicio de la abogacía y la notaría

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In Re:

Diana M. Santiago García

TS-13,622

**RESOLUCIÓN**

San Juan, Puerto Rico, a 26 de febrero de 2010.

Examinado el Informe presentado por la Oficina de Inspección de Notarías y la Moción en Relación con Informe de la Oficina de Inspección de Notarías, se reinstala a la Lcda. Diana M. Santiago García al ejercicio de la abogacía y la notaría. Se ordena el archivo de la queja (AB-2006-235).

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo